

# THE ATTORNEY GENERAL
## OF TEXAS

**GROVER SELLERS**
~~XXXXXXXXXXXXXXXXXXXX~~
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Honorable S. K. Long
County Attorney
Jefferson County
Beaumont, Texas

Opinion No. 0-4404-A
Re: Reconsideration of Opinion No.
0-4404 (Jefferson County Bonds)

Dear Sir:

We acknowledge receipt of your request for a reconsideration of opinion No. 0-4404, together with a rather exhaustive brief on the points involved.

We have carefully reconsidered our former opinion in the light of the brief submitted, and while we appreciate your position we still think our former opinion as to the eligibility of the Dryden Ferry Bridge bonds for participation in the County and Road District Highway Fund is correct.

On May 22, 1942, we had a request from Honorable Melvin Combs, Criminal District Attorney of Jefferson County, to reconsider opinion 0-4404, and it appears that after reconsidering same, he was advised that we were "convinced that the conclusion reached therein is correct."

There has been no such change in the law since that date which would make these bonds eligible, and you are advised that we adhere to the conclusion reached in said opinion 0-4044.

APPROVED MAR 14, 1944

/s/ Geo. G. Blackburn
Acting Attorney General
of Texas

Yours very truly

ATTORNEY GENERAL OF TEXAS

By /s/ C. F. Gibson
C. F. Gibson
Assistant

CFG:ncd/cm

APPROVED
Opinion Committee
By /s/ BWB
Chairman